# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHEVRON U.S.A. INC.

VERSUS

SECRETARY OF DEPARTMENT OF
REVENUE, STATE OF LOUISIANA

NO.   2025 CW 0738

DECEMBER 22, 2025

---

In Re:   Richard Nelson, Secretary, Department of Revenue, State of Louisiana, applying for supervisory writs, Board of Tax Appeals, No. 13111D.

---

BEFORE:   **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's correspondence advising that the parties have reached a settlement.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT